UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EDWINA L. PRUITT,          )
                           )
        Plaintiff,         )
                           )
    v.                     )        No. 3:17-cv-01048
                           )        Chief Judge Crenshaw
CHSPSC, LLC,               )
                           )
        Defendant.         )

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Motion for Summary Judgment filed by CHSPSC, LLC (Doc. No. 23) is hereby **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) The Motion is **GRANTED** with respect to Edwina C. Pruitt's claims for discrimination, retaliation, unequal pay, and failure to promote under Title VII, 42 U.S.C. § 2000e, *et seq.*, and Section 1981, 42 U.S.C. § 1981, and those claims are **DISMISSED WITH PREJUDICE**.

(2) The Motion is **DENIED** with respect to Pruitt's claim for retaliation under Section 1981, That claim will proceed to trial at 9:00 a.m. on December 4, 2018 with the final pretrial conference to be held at November 26, 2018 at 1:00 p.m., both as previously scheduled.

As a housekeeping matter, CHSPSC's Motion for Leave to File Excess Pages (Doc. No. 24), and Pruitt's Motion for Extension of Time to File Response (Doc. No. 28) are **GRANTED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE