UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDWINA L. PRUITT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:17-cv-01048 ) CHIEF JUDGE CRENSHAW |
| CHSPSC, LLC, | ) ) |
| Defendant. | ) |

## ORDER

The Court has been advised by the Mediator's Report (Doc. No. 36) that all matters and things in controversy in this action have been compromised and settled.

Accordingly, the parties shall file an Agreed Order of Dismissal by **October 31, 2018.** The pretrial conference set for November 26, 2018, and the trial set for December 4, 2018, are hereby **CANCELLED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE